JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ANTHONY, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN, INC., a Delaware Corporation; WILLIAM MEANEY, an Individual; and DOES 1–10, Inclusive,<br><br>  Defendants. | Case No.: 2:20-cv-05932-AB (ASx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised by counsel that the above-entitled action has been settled. It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 14, 2021  _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.